UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAZMINE IMAN ROBERTS,

               Plaintiff,

-against-

DUANE READE PHARMACY,

               Defendant.

24-CV-4034 (LTS)

BAR ORDER UNDER
28 U.S.C. § 1651

LAURA TAYLOR SWAIN, Chief United States District Judge:

    Plaintiff filed this action *pro se*. On November 14, 2024, the Court dismissed the action for lack of subject matter jurisdiction and as frivolous, noted that the Court had previously warned Plaintiff that, if she continued to file cases dismissed as frivolous, she may be barred from filing future actions *in forma pauperis* ("IFP"), and ordered Plaintiff, within thirty days, to show cause by declaration why she should not be barred from filing further actions IFP in this court without obtaining prior permission. The Court also notified Plaintiff that the filing injunction would apply as of the date of the November 14, 2024 order.

    Plaintiff did not file a declaration as directed. On December 4, 2024, the Court received notification from the U.S. Postal Service that the November 14, 2024 order could not be delivered to Plaintiff's address. Plaintiff has not updated her address or otherwise contacted the court. Accordingly, the bar order will issue.

## CONCLUSION

    The Court bars Plaintiff from filing future civil actions IFP in this court without first obtaining from the court leave to file. *See* 28 U.S.C. § 1651. This injunction applies to all cases filed on or after November 14, 2024. Plaintiff must attach a copy of her proposed complaint and a copy of this order to any motion seeking leave to file. The motion must be filed with the Pro Se

Intake Unit of this court. If Plaintiff violates this order and files an action without filing a motion for leave to file, the action will be dismissed for failure to comply with this order.

The Court warns Plaintiff that the continued submission of frivolous documents may result in the imposition of additional sanctions, including monetary penalties. *See id.*

The Clerk of Court is directed to close this action and terminate any motions in this case.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

The Clerk of Court is further directed to enter judgment in this action.

SO ORDERED.

Dated:   January 2, 2025
         New York, New York

                                             /s/ Laura Taylor Swain
                                             LAURA TAYLOR SWAIN
                                             Chief United States District Judge