UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAZMINE IMAN ROBERTS,<br><br>      Plaintiff,<br><br> -against-<br><br>DUANE READE PHARMACY,<br><br>      Defendant. | 24cv4034 (LTS)<br><br>CIVIL JUDGMENT |

  For the reasons stated in the January 2, 2025, order, this action is dismissed. The Court bars Plaintiff from filing future civil actions IFP in this court without first obtaining from the court leave to file. See 28 U.S.C. § 1651. This injunction applies to all cases filed on or after November 14, 2024. Plaintiff must attach a copy of her proposed complaint and a copy of this order to any motion seeking leave to file. The motion must be filed with the Pro Se Intake Unit of this court. If Plaintiff violates the order and files an action without filing a motion for leave to file, the action will be dismissed for failure to comply with this order. The Court warns Plaintiff that the continued submission of frivolous documents may result in the imposition of additional sanctions, including monetary penalties. See id. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from the order would not be taken in good faith and therefore IFP status is denied for the purpose of an appeal. Cf. Coppedge v. United States, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated: January 3, 2025
     New York, New York

                 /s/ Laura Taylor Swain
                 LAURA TAYLOR SWAIN
               Chief United States District Judge